# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 1, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:   The Synod of Bishops of the Russian Orthodox Church Outside of Russia, et al.
            v. Alexander Belya
            No. 22-824
            (Your No. 21-1498)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 27, 2023 and placed on the docket March 1, 2023 as No. 22-824.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst