# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 12, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  The Synod of Bishops of the Russian Orthodox Church Outside of Russia, et al.
v. Alexander Belya
No. 22-824
(Your No. 21-1498)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk